# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL SHAIKH, | Case No. 1:20-cv-00915-NONE-EPG |
| Plaintiff, | |
| v. | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | (ECF No. 13) |

Plaintiff Abdul Shaikh and Defendant Home Depot U.S.A. Inc. have filed a stipulation to dismiss the entire action with prejudice (ECF No. 13). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **February 12, 2021**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE